IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | NO. 15 B 15823 |
| ARS CAPITAL INVESTMENTS, LLC | ) | |
| | ) | |
| | ) | Chapter 11 |
| Debtors | ) | |
| | ) | |
| | ) | Honorable Judge Pamela S. Hollis |
| | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on December 15, 2015, at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, a hearing on the attached **FIRST INTERIM FEE PETITION OF COUNSEL FOR THE DEBTOR**, will be heard before the Honorable Judge Pamela S. Hollis, Bankruptcy Judge at 219 S. Dearborn, Room 644, Chicago, Illinois, or before any other bankruptcy Judge sitting in his stead.  AT WHICH TIME AND PLACE YOU MAY APPEAR IF YOU SEE FIT.

**Paul M. Bach, Esq. Of Counsel
Sulaiman Law Group, Ltd.
Attorneys At Law
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone:  (630) 575-8181**

### Certificate of Service

I, Paul M. Bach, hereby certify that I caused to be served to all parties listed on the attached service list a copy of the forgoing Notice and Motion upon the parties named above on December 1, 2015, from the office located at 900 Jorie Blvd., Ste 150, Oak Brook, IL 60523.

BY:  /S/ PAUL M. BACH, OF COUNSEL
SULAIMAN LAW GROUP
COUNSEL FOR DEBTOR(S)
900 JORIE BOULEVARD, SUITE 115
OAK BROOK, IL 60523
PHONE: (630) 575-8181
FAX: (630) 575-8188
ATTORNEY NO: 6209530

1

## SERVICE LIST

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

**Richard B. Polony**
Hinshaw & Culbertson LLP
222 North LaSalle Street
Chicago, IL 60601

**Accent Funding, LLC, a New York Limited Liability**
c/o Ildiko Trien
112 West 56th Street, Suite 26 North
New York, NY 10019

**Accent Funding, LLC, a New York Limited Liability**
c/o Ildiko Trien
112 West 56th Street, Suite 26 North
New York, NY 10019

**ARS Capital Investments LLC**
2426 Attica
Olympia Fields, IL 60461

**Ascent Acquisitions, LLC**
POB 336819
Greeley, CO 80633

**Chase**
ATTN: Bankruptcy Department
P.O. Box 15298
Wilmington, DE 19850

**Chase**
ATTN: Bankruptcy Department
P.O. Box 15298
Wilmington, DE 19850

**City of Calument City**
12409 S Throop Street
Calumet Park, IL 60827

**City of Calumet City**
204 Pulaski Road
Calumet City, IL 60409

**City of Harvey**
15320 Broadway Avenue
Harvey, IL 60426

**City of Harvey**
15320 Broadway Avenue
Harvey, IL 60426

**City of Markham**
16313 Kedszie Avenue
Markham, IL 60428

**City of Markham**
16313 Kedszie Avenue
Markham, IL 60428

**Cook County Clerk**
69 W. Washington, Suite 500
Chicago, IL 60602

**Cook County State's Attorney**
69 W. Washington
Suite 3200
Chicago, IL 60602

**Cook County Treasurer**
PO Box 805436
Chicago, IL 60680-4116

**Cook County Treasurer's Office**
118 North Clark Street, Room 112
Chicago, IL 60602

**First Community Bank Beecher**
1111 Dixie Highway
Beecher, IL 60401

**First Midwest Bank**
One Pierce Place, Suite 1500
Itasca, IL 60143

**Great Lakes Bank**
13057 Western Avenue
Blue Island, IL 60406

**Illinois Department of Revenue**
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

**Municipal Collection Services, Inc.**
3348 Ridge Road
Lansing, IL 60438

**Village of Park Forest - Finance**
350 Victory Drive, 2nd Floor
Park Forest, IL 60466

**Village of Park Forest - Finance**
350 Victory Drive, 2nd Floor
Park Forest, IL 60466

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | NO. 15 B 15823 |
| ARS CAPITAL INVESTMENTS, LLC | ) | |
| | ) | |
| | ) | Chapter 11 |
| Debtors | ) | |
| | ) | |
| | ) | Honorable Judge Pamela S. Hollis |
| | ) | |

### FIRST INTERIM FEE PETITION OF
### COUNSEL FOR THE DEBTOR

By this Application, Sulaiman Law Group, LTD. and Penelope N. Bach and Paul M. Bach (collectively, "SLG") seek an order of this Court allowing and awarding SLG on a first interim basis fees in the amount of $37,910.00 for professional services rendered by SLG as counsel for ARS CAPITAL INVESTMENTS, LLC (the "Debtor"), and reimbursement of actual and necessary expenses in the amount of $3,312.88 incurred on behalf of the Debtor during the period of May 4, 2015 through December 1, 2015 (the "Application Period");

SLG makes this Application pursuant to (a) 11 U.S.C. §§ 105(a) and 330, (b) Rule 2016 of the Federal Rules of Bankruptcy Procedure, (c) applicable provisions of the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted by the Office of the United States Trustee, (d) Rule 5082-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Northern District of Illinois, and (e) other applicable case law, as further discussed herein.

## JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is before the Court pursuant to 28 U.S.C. § 157 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

2. Venue of this Case and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. Consideration of this Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(1) and (b)(2)(A) and (O).

3. The statutory predicates for the relief requested herein are 11 U.S.C. §§330 and 503.

I. <u>Summary of services rendered by SLG</u>.

This Application is the first interim application for compensation and expense reimbursement that SLG has filed in the Case. The fees for services (the "Services") provided by SLG during the Application Period are broken by professional as follows:

| Professional | Title | Initials | Time | Rate | Total |
|---|---|---|---|---|---|
| Paul M. Bach | Of Counsel | PMB | 79.7 | $425.00 | $33,872.50 |
| Penelope N. Bach | Of Counsel | PNB | 9.5 | $425.00 | $4037.50 |
| **Total** | | | **89.2** | | **$37,910.00** |

The Firm maintains contemporaneous written records of the time expended by its professionals. Such records for the Case, copies of which are grouped and attached hereto as Exhibit A, set forth in detail: (a) the Services rendered by the Firm, (b) the dates upon which such Services were rendered; (c) the amount of time spent on the Services; and (d) the professionals who performed the Services.

II. Breakdown of Fees by Category of Services Rendered.

For the Court's reference, SLG has categorized the Services it provided to the Debtors into the following categories: (a) Case Administration, (b) Budget, (c) Claims Administration and Objections, (d) Employment and Fee Applications, (e) Financing and Cash Collateral, (f) Meetings and Communications with Creditors, and (g) Plan and Disclosure Statement.

**Narrative Summary**

Debtors filed for relief under Chapter 11 of the United States Bankruptcy Code ("Bankruptcy Code") on May 4, 2015. Debtors currently operate their business (residential real estate rental), and manage their financial affairs as Debtors-in-Possession since the inception of this reorganization case.

On May 28, 2015, this Court entered an order approving retention of SLG as counsel (Paul M. Bach, Penelope N. Bach, Mohammed O. Badwan, Ahmad T. Sulaiman and Nathan Volheim) effective May 4 2015 for the Debtor. SLG holds a retainer from the Debtor in the amount of $26,175.00.

This is SLG's first fee petition.

Case Status

Debtors have been operating as a Debtors in possession since the inception of the case. Debtors have prepared and filed all Summary of Cash Receipts and Disbursements that have come due to date. As is further described below, the Debtors has been active in reshaping its operations through appropriate remedies provided by the Bankruptcy Code.

### I.  Description of the Fee Petition

A. <u>General Information</u>.  Rule 2016(a) of the Bankruptcy Rules requires a detailed application for
fees.  The Primary objective of this fee application is to reveal sufficient information enable the
court to determine whether the services rendered in representing the Debtor was reasonable,
actual and necessary.  SLG has provided accurate and detailed records of the services that were
made contemporaneously with the services performed.   <u>In Re Chicago Lutheran Hospital</u>
<u>Association</u>,  89  B.R.  719  (Bkrtcy.N.D.Ill.1988);  <u>In re Wildman</u>,  72  B.R.  700
(Bkrtcy.N.D.Ill.1987).  The Statement of services includes a summary, by category, of the work
done and time expended in each category.  Much care has been taken to properly categorize the
activities to the degree possible.  Billing judgment was used to exclude hours which were
excessive, redundant or otherwise unnecessary.  <u>Hensley vs. Eckerhart</u>, 461 U.S. 424, 76 L.Ed.2d
40,  103  S.Ct.1933(1983);  <u>In re Temple Retirement Community, Inc.</u>,  97  B.R.  333
(Bkrtcy.W.D.Tex.1989); <u>In re Wildman</u>, 72 B.R. 700 (Bkrtcy.N.D.Ill 1987).

B. Billing Entries.  SLG used computerized time and billing software in the preparation of fee
petition, which was then converted to a Excel format for filing this Motion.  This fee petition
contains a narrative summarizing the nature and purpose of each particular activity or project and
the approximate number of hours and compensation sought for each activity.  It contains a
statement explaining the significance of the activity as well as the purpose necessity and
appropriateness of each such service.  Where appropriate, it contains a statement of the
effectiveness of the activity, alternatives considered, method for choosing the action taken, a
statement of any difficult or unusual problems that arose in the case and the manner in which it
was addressed. <u>In re Wildman</u>, 72 B.R. 700 (Bkrtcy.N.D.1987).

C. Hourly Charges SLG charges all clients, including for non-bankruptcy matters, $425.00 per hour

for Paul M. Bach (PMB), $425.00 per hour for Penelope N. Bach (PNB), $425.00 per hour for

Ahmad T. Sulaiman (ATS), and $425.00 per hour for Mohammed O. Badwan (MOB). .

D. Reduced and/or Eliminated Fees: SLG has a reduced the attorney hourly rate to $212.00 or

eliminated a time entry for any work performed by an attorney that has been deemed to be

clerical work.

E. SLG deems simple data entry, follow-up phone calls by staff as office overhead and therefore,

these charges do not appear on the attached accounting.

### IV. Project Summary

From May 4, 2015 to December 1, 2015, Debtor have incurred $37,910.00 in fees at

SLG's customary fee rates and expenses in the amount of $            .

Attached hereto is a detailed, chronological description by category of the services

performed on behalf of Johnson during the relevant time period.   The billing rates for each

attorney are identified.

The following is a detailed narrative summarizing the nature and purpose of each

particular activity or project and the approximate number of hours and compensation sought for

each activity:

A. Case Administration

During the Application Period, SLG expended 30.4 hours with a value of $12,920.00, on behalf

of the Debtor on matters relating to administration of the case. The Services in the category

include, but are not limited to: (a) Make changes and update Voluntary Petition and other

required schedules and documentations, (b) Communications with United States Trustee

Attorneys and Staff, (c) Communications with clients to discuss case status, required

9

documentation and procedures, (d) Prepare Motion to Extend Time to File Schedules (e) Attend

Initial Debtor Interview and 341 Meeting of Creditors, (f) Review of client financials, (g)

Review Monthly Operating Reports, and (h) General review and overseeing of case.

The time entries for Case Administration are as follows:

| 05/04/2015 | Review of financial information provided by client to complete preparation of the Petition and information to be filed. | | |
| | Paul M. Bach | 0.7 | $297.50 |
| 05/04/2015 | Meet with client to sign Petition and discuss related issued. | | |
| | Paul M. Bach | 1.1 | $467.50 |
| 05/05/2015 | Review of Cook County Recorder Website regarding mortgage and judicial liens per client request. | | |
| | Paul M. Bach | 0.6 | $255.00 |
| 05/05/2015 | Telephone conversation with client about liens and the Cook County Recorder. | | |
| | Paul M. Bach | 0.3 | $127.50 |
| 05/06/2015 | Telephone conversation with client about proof of insurance and that the United States Trustee needs to be listed as an additional notice holder. | | |
| | Paul M. Bach | 0.2 | $85.00 |
| 05/06/2015 | Review of Proof of Insurance from Insurance Agent (Lynne LoSchiavo) making sure that all properties are listed on the attachments with the correct lender. | | |
| | Paul M. bach | 0.5 | $212.50 |
| 05/06/2015 | Review of Real Estate Contract received from Attorney Thomas A Gilley for 1550 Memorial Drive Calumet City, Illinois 60409. | | |
| | Paul M. Bach | 0.6 | $255.00 |
| 05/06/2015 | Telephone conversation with Attorney Thomas A Gilley about sale of property is still proceeding even though contract technically has expired and that I should file Motion to Sell. | | |
| | Paul M. Bach | 0.2 | $85.00 |
| 05/07/2015 | Telephone conversation with client about prior Citation by First Midwest Bank and opening of Debtor in Possession accounts. | | |
| | Paul M. Bach | 0.3 | $127.50 |
| 05/07/2015 | Telephone conversation with client about Municipal Collections of America a collection agency who needs a letter in order for client to discuss other issues. | | |
| | Paul M. Bach | 0.2 | $85.00 |

| 05/09/2015 | Review of documents provided by client from Ascent Acquisitions, LLC of Colorado who purchased the First Midwest loans | | |
| | Paul M. Bach | 0.7 | $297.50 |
| | | | |
| 05/13/2015 | Attend Initial Debtor Interview at office of UST and discuss with client before and after the meeting. | | |
| | Paul M. Bach | 1.5 | $637.50 |
| | | | |
| 05/14/2015 | Gather information such as payoff, taxes and other information for Motion to Sell for 1550 Memorial Drive, Calumet City, Illinois. | | |
| | Paul M. Bach | 0.4 | $170.00 |
| | | | |
| 05/15/2015 | Telephone conversation with Anthony Scales. | | |
| | Paul M. Bach | 0.4 | $170.00 |
| | | | |
| 05/19/2015 | Prepare Motion to Sell and Order 1550 Memorial Drive, Calumet City, Illinois | | |
| | Paul M. Bach | 1.8 | $765.00 |
| | | | |
| 05/19/2015 | Prepare Motion to Extend Time to File Schedules | | |
| | Paul M. Bach | 0.7 | $297.50 |
| | | | |
| 05/26/2015 | Review information provided by client email. | | |
| | Paul M. Bach | 0.5 | $212.50 |
| | | | |
| 05/28/2015 | Prepare Schedules and Statement of Financial Affairs | | |
| | Penelope N. Bach | 2.3 | $977.50 |
| | | | |
| 05/29/2015 | Meet with client to review and sign Schedules and other documents. | | |
| | Penelope N. Bach | 1.4 | $595.00 |
| | | | |
| 06/03/2015 | Attend First Meeting of Creditors (0.7); Meet with client before (0.3) and after the Meeting (0.4). | | |
| | Paul M. Bach | 1.4 | $595.00 |
| | | | |
| 06/04/2015 | Discuss offer of Ascent Acquisition, LLC offer with client. | | |
| | Paul M. Bach | 0.4 | $170.00 |
| | | | |
| 06/08/2015 | Email conversation with UST Gretchen Silver about Motion to Sell the following day. | | |
| | Paul M. Bach | 0.2 | $85.00 |
| | | | |
| 06/08/2015 | Conversation with client about sale of 1550 Memorial Drive, Calumet City, Illinois and whether mortgage holder was consenting. | | |
| | Paul M. Bach | 0.3 | $127.50 |

| 06/09/2015 | Appear in Court on Motion to Sell; After discussion with the Court about the payoff and past due real estate taxes the Motion is granted. | | |
| | Paul M. Bach | 1.0 | $425.00 |
| 06/10/2015 | Conversation with client about request by First Community Bank that he come into discuss. | | |
| | Paul M. Bach | 0.4 | $170.00 |
| 06/11/2015 | Telephone conversation with client. | | |
| | Paul M. Bach | 0.2 | $85.00 |
| 06/16/2015 | Meeting with client about preparing Operating Reports. | | |
| | Penelope N. Bach | 1.7 | $722.50 |
| 06/17/2015 | Telephone conversation with client about obtaining appraisals. | | |
| | Paul M. Bach | 0.3 | $127.50 |
| 06/18/2015 | Review of Operating Report prepared by client and suggest certain changes. | | |
| | Penelope N. Bach | 0.8 | $340.00 |
| 06/18/2015 | Review of new Real Estate Contract for 3925 W. 168th Street. | | |
| | Paul M. Bach | 0.5 | $212.50 |
| 06/25/2015 | Prepare Motion to Sell as to 3985 168th Street, Country Club Hills, Illinois 60478 | | |
| | Paul M. Bach | 1.2 | $510.00 |
| 06/28/2015 | Conversation with client about payment of UST fees and billing. | | |
| | Paul M. Bach | 0.2 | $85.00 |
| 06/29/2015 | Conversation with client about tenants receiving notice. | | |
| | Paul M. Bach | 0.2 | $85.00 |
| 07/01/2015 | Long Telephone conversation with client about First Community Bank and Trust and properties. | | |
| | Paul M. Bach | 0.4 | $170.00 |
| 07/02/2015 | Email conversation with client about cash collateral hearing for property on Vine. | | |
| | Paul M. Bach | 0.2 | $85.00 |
| 07/09/2015 | Email conversation with client about Ascent Acquisitions, LLC. | | |
| | Paul M. Bach | 0.3 | $127.50 |
| 07/14/2015 | Telephone conversation with client about meeting the following day with First Community Bank & Trust | | |
| | Paul M. Bach | 0.4 | $170.00 |

| 07/16/2015 | Appear in Court on Motion to Sell 3985 168th Street, Country Club Hills, Illinois 60478; Motion is granted. | | |
| | Paul M. Bach | 1.0 | $425.00 |
| 07/16/2015 | Email conversation about tax escrow issue for several of the properties on the First Community Bank list. | | |
| | Paul M. Bach | 0.3 | $127.50 |
| 07/22/2015 | Receive Real Estate Contract for 14535 Vine, Harvey, Illinois from attorney Thomas Gilley and review of same. | | |
| | Paul M. Bach | 0.6 | $255.00 |
| 07/23/2015 | Review of Operating Report for June, 2015. | | |
| | Paul M. Bach | 0.5 | $212.50 |
| 08/04/2015 | Prepare Motion to Sell as to 14535 Vine Avenue, Harvey, Illinois | | |
| | Paul M. Bach | 1.0 | $425.00 |
| 08/13/2015 | Email conversation with client. | | |
| | Paul M. Bach | 0.3 | $127.50 |
| 08/24/2015 | Review of Operating Report for July, 2015. | | |
| | Penelope N. Bach | 0.5 | $212.50 |
| 08/25/2015 | Appear in Court; All matters continued to August 27, 2015. | | |
| | Paul M. Bach | N/C | N/C |
| 08/27/2015 | Three cash collateral and Motion to Sell are denied. | | |
| | Penelope N. Bach | N/C | N/C |
| 08/27/2015 | Renotice three cash collateral Motions and Motion to Sell 14535 Vine Avenue, Harvey, Illinois | | |
| | Penelope N. Bach | N/C | N/C |
| 08/31/2015 | Telephone conversation with client. | | |
| | Paul M. Bach | 0.2 | $85.00 |
| 09/03/2015 | Motion to Sell 14535 Vine Avenue, Harvey, Illinois is granted. | | |
| | Paul M. Bach | N/C | N/C |
| 09/25/2015 | Review of Operating Report for August, 2015. | | |
| | Penelope N. Bach | 0.5 | $212.50 |
| 10/19/2015 | Review of Operating Report for September, 2015. | | |
| | Penelope N. Bach | 0.5 | $212.50 |

| 11/23/2015 | Review of Operating Report for September, 2015. | | |
| | Penelope N. Bach | 0.5 | $212.50 |

A breakdown of the professionals providing Services in this category is as follows:

| Attorney | Hours | Hourly Rate | Amount |
| --- | --- | --- | --- |
| Paul M. Bach | 22.2 | $425.00 | $9,435.00 |
| Penelope N. Bach | 8.2 | $425.00 | $3,485.00 |

B. <u>Budget</u>

During the Application Period, SLG expended 3.3 hours with a value of $1,402.50, on behalf of

the Debtor on matters relating to administration of the case. The Services in the category include,

but are not limited to: (a) Review of Budgets provided by client in preparation for Cash

Collateral Motion, (b) Reviewed Bank Statements from all of Debtors' accounts, and (c)

developed spreadsheet to track account information.  The time entries for Budget are as follows:

A breakdown of the professionals providing Services in this category is as follows:

| 05/04/21015 | Review of budgets for each of the properties. | | |
| | Paul M. Bach | 1.5 | $637.50 |
| | | | |
| 05/04/2015 | Telephone call with client budgets and suggestion for expense changes to lower expenses. | | |
| | Paul M. Bach | 0.5 | $212.50 |
| | | | |
| 05/12/2015 | Use client budgets and proposed changes to prepare Budgets in Excel format. | | |
| | Penelope N. Bach | 1.3 | $552.50 |

| Paul M. Bach | 2.00 | $425.00 | $ 850.00 |
| Penelope N. Bach | 1.30 | $425.00 | $ 552.50 |

C. Claims Administration and Objections

During the Application Period, SLG expended 3.9 hours with a value of $1,657.50, on behalf of

the Debtor on matters relating to administration of the case. The Services in the category include,

but are not limited to: (a) Draft Motion to Set Bar Date, (b) Appear in Court on Motion to Set

Bar Date, (c) Prepare Bar Date Notice, and (d) Review of Claims filed.. The time entries for

Claims Administration and Objections are as follows:

| | | | |
|---|---|---|---|
| 05/05/2015 | Prepare Motion to Set Bar Date. | | |
| | Paul M. Bach | 0.9 | $382.50 |
| 05/12/2015 | Appear in Court on Motion to Set Bar Date; Motion to Set Bar Date is granted. | | |
| | Paul M. Bach | 1.0 | $425.00 |
| 05/12/2015 | Prepare Claims Notice | | |
| | Paul M. Bach | 0.7 | $297.50 |
| 11/16/2015 | Review of Ascent Acquisitions, LLC Proof of Claim | | |
| | Paul M. Bach | 1.3 | $552.50 |

A breakdown of the professionals providing Services in this category is as follows:

| Attorney | Hours | Hourly Rate | Amount |
|---|---|---|---|
| Paul M. Bach | 3.90 | $425.00 | $ 1,657.50 |
| Penelope N. Bach | 0.00 | $425.00 | $ 0.00 |

D. Employment and Fee Applications

During the Application Period, SLG expended 5.1 hours with a value of $2,167.50, on behalf of

the Debtor on matters relating to administration of the case. The Services in the category include,

but are not limited to: (a) Draft Motion to Employ, (b) Appear in Bankruptcy Court to be

Employed and (c) Draft Motion for First Interim Fee Petition.   The time entries for Employment

and Fee Applications are as follows:

| | | | |
|---|---|---|---|
| 05/19/2015 | Prepare Motion to Employ Counsel | | |
| | Paul M. Bach | 1.2 | $510.00 |
| 05/28/2015 | Appear on Motion to Employ and to Extend.   Both Motions are granted.   The Motion to Extend allows the filing through May 29, 2015. | | |
| | Paul M. Bach | 0.8 | $340.00 |
| 11/30/2015 | Prepare First Interim Motion for Compensation | | |
| | Paul M. Bach | 3.1 | $1,317.50 |

15

A breakdown of the professionals providing Services in this category is as follows:

| | | | |
|---|---|---|---|
| Paul M. Bach | 5.10 | $425.00 | $2,167.50 |
| Penelope N. Bach | 0.00 | $425.00 | $     0.00 |

E. Financing and Cash Collateral

During the Application Period, SLG expended 15.4 hours with a value of $6.545.00, on behalf of the Debtor on matters relating to administration of the case. The Services in the category include, but are not limited to: (a) Conversations with client regarding Debtor in Possession Account, (b) Draft Motions for Cash Collateral (First Community Bank, Ascent Acquisition, LLC and Accent of New York), (c) Review of Bridgeview Bank Group Motion to Prohibit Use of Cash Collateral, and (d) Appear in Bankruptcy Court on Motions for Cash Collateral (First Community Bank, Ascent Acquisition, LLC and Accent of New York).. The time entries for Financing and Cash Collateral are as follows:

| | | | |
|---|---|---|---|
| 05/12/2015 | Prepare Motion for Use of Cash Collateral for First Midwest/Ascent Acquisitions, LLC and First Community Bank | | |
| | Paul M. Bach | 1.8 | $765.00 |
| 05/18/2015 | Modification of Order for First Midwest/Ascent Acquisitions, LLC Cash Collateral Order after discussion with Attorney Richard Polony. | | |
| | Paul M. Bach | 0.3 | $127.50 |
| 05/19/2015 | Appear in Court on Motion for Use of Cash Collateral as to First Midwest/Ascent Acquisitions, LLC and First Community Bank; Motion are granted for use of cash collateral through June 30, 2015 and continued for further hearing until June 23, 2015. | | |
| | Paul M. Bach | 1.2 | $510.00 |
| 06/22/2015 | Prepare two cash collateral orders for Court the following day. | | |
| | Paul M. Bach | 0.6 | $255.00 |
| 06/23/2015 | Appear in Court on Motion for Use of Cash Collateral as to First Midwest/Ascent Acquisitions, LLC and First Community Bank; Motion are granted for use of cash collateral through July 31, 2015 and continued for further hearing until July 28, 2015. | | |
| | Paul M. Bach | 1.0 | $425.00 |

| 06/24/2015 | Prepare Motion for Use of Cash Collateral for Accent of New York for one property. | | |
| | Paul M. Bach | 0.9 | $382.50 |
| 07/02/2015 | Appear in Court on Motion for Use of Cash Collateral as to Accent of New York; Motion is granted for use of cash collateral through July 31, 2015 and continued for further hearing until July 28, 2015. | | |
| | Paul M. Bach | 0.8 | $340.00 |
| 07/27/2015 | Prepare three cash collateral orders for Court the following day. | | |
| | Paul M. Bach | 0.8 | $340.00 |
| 07/28/2015 | Appear in Court on Motion for Use of Cash Collateral as to First Midwest/Ascent Acquisitions, LLC, First Community Bank and Accent of New York; Motions are granted for use of cash collateral through August 31, 2015 and continued for further hearing until August 25, 2015. | | |
| | Paul M. Bach | 0.9 | $382.50 |
| 08/25/2015 | Appear in Court; All matters continued to August 27, 2015. | | |
| | Paul M. Bach | N/C | N/C |
| 08/27/2015 | Three cash collateral and Motion to Sell are denied. | | |
| | Penelope N. Bach | N/C | N/C |
| 08/27/2015 | Renotice three cash collateral Motions and Motion to Sell 14535 Vine Avenue, Harvey, Illinois | | |
| | Penelope N. Bach | N/C | N/C |
| 09/03/2015 | Appear in Court on Three renoticed Motions for Use of Cash Collateral as to First Midwest/Ascent Acquisitions, LLC, First Community Bank and Accent of New York; Motions are granted for use of cash collateral through September 30, 2015 and continued for further hearing until September 23, 2015. | | |
| | Paul M. Bach | 1.3 | $552.50 |
| 09/22/2015 | Prepare three cash collateral orders for Court the following day. | | |
| | Paul M. Bach | 0.8 | $340.00 |
| 09/23/2015 | Appear in Court on Three Motions for Use of Cash Collateral as to First Midwest/Ascent Acquisitions, LLC, First Community Bank and Accent of New York; Motions are granted for use of cash collateral through October 31, 2015 and continued for further hearing until October 27, 2015. | | |
| | Paul M. Bach | 1.3 | $552.50 |
| 09/26/2015 | Prepare three cash collateral orders for Court the following day. | | |

| | | |
|---|---|---|
| Paul M. Bach | 0.8 | $340.00 |

| | | | |
|---|---|---|---|
| 10/27/2015 | Appear in Court on Three Motions for Use of Cash Collateral as to First Midwest/Ascent Acquisitions, LLC, First Community Bank and Accent of New York; Motions are granted for use of cash collateral through November 30, 2015 and continued for further hearing until November 17, 2015. | | |
| | Paul M. Bach | 1.1 | $467.50 |
| 11/16/2015 | Prepare three cash collateral orders for Court the following day. | | |
| | Paul M. Bach | 0.8 | $340.00 |
| 11/17/2015 | Appear in Court on Three Motions for Use of Cash Collateral as to First Midwest/Ascent Acquisitions, LLC, First Community Bank and Accent of New York; Motions are granted for use of cash collateral through December 31, 2015 and continued for further hearing until December 15, 2015. | | |
| | Paul M. Bach | 1.0 | $425.00 |

A breakdown of the professionals providing Services in this category is as follows:

| Attorney | Hours | Hourly Rate | Amount |
|---|---|---|---|
| Paul M. Bach | 15.4 | $425.00 | $6,545.00 |
| Penelope N. Bach | 0.00 | $425.00 | $     0.00 |

F. Meetings and Communications with Creditors

During the Application Period, SLG expended 20.4 hours with a value of $8,670.00, on behalf of the Debtor on matters relating to administration of the case. The Services in the category include, but are not limited to: (a) Telephone call and meetings with Ascent Acquisition, LLC  and (b) Telephone call and meetings with First Community Bank and Trust related to Mortgage Modification and Forbearance Agreement.  The time entries for Meetings and Communications with Creditors are as follows:

| | | | |
|---|---|---|---|
| 05/04/2015 | Telephone conversation with Richard B. Polony who represents Ascent Acquisitions, LLC about purchase of First Midwest loans and other issues related. | | |
| | Paul M. Bach | 0.4 | $170.00 |

| | | | |
|---|---|---|---|
| 05/18/2015 | Telephone conversation with Attorney Richard Polony who represents Ascent Acquisitions, LLC about cash collateral hearing the following day. | | |
| | Paul M. Bach | 0.4 | $170.00 |
| 05/19/2015 | Email conversation with client about values asserted by Ascent Acquisitions, LLC. | | |
| | Paul M. Bach | 0.4 | $170.00 |
| 05/20/2015 | Review of valuation information provided by client regarding Ascent Acquisitions, LLC in preparation of May 29, 2015 meeting. | | |
| | Paul M. Bach | 1.5 | $425.00 |
| 05/22/2015 | Email conversation setting up meeting for May 29, 2015 in Oak Brook for Settlement Conference. | | |
| | Paul M. Bach | 0.3 | $127.50 |
| 05/29/2015 | In person Meeting with principal from Ascent Acquisitions, LLC and Attorney Richard Polony and client regarding issues | | |
| | Paul M. Bach | 1.4 | $595.00 |
| 06/08/2015 | Discuss payment of adequate protection payment to Ascent Acquisitions, LLC with Attorney Richard Polony via email | | |
| | Paul M. Bach | 0.3 | $127.50 |
| 06/24/2015 | Telephone conversation with James Lanting, attorney for First Community Bank and Trust about communicating with the bank directly. | | |
| | Paul M. Bach | 0.4 | $170.00 |
| 07/06/2015 | Email conversation with Nicole Squier about scheduling a meeting with Anthony to discuss the properties payments and other issues. | | |
| | Paul M. Bach | 0.2 | $85.00 |
| 07/15/2015 | Meeting via telephone with client and First Community Bank and Trust. | | |
| | Paul M. Bach | 1.0 | $425.00 |
| 07/31/2015 | Email conversation with Nicole at First Community Bank about rescheduling meeting and moving forward with discussions about a Forbearance Agreement. | | |
| | Paul M. Bach | 0.3 | $127.50 |
| 08/10/2015 | Emails with First Community Bank about scheduling a meeting. | | |
| | Paul M. Bach | 0.2 | $85.00 |
| 08/19/2015 | Email conversation with Attorney James Lanting about scheduling a meeting with First Community Bank. | | |
| | Paul M. Bach | 0.2 | $85.00 |

| 08/21/2015 | Telephone meeting with client and First Community Bank (0.7) and discuss with client after meeting (0.3). | | |
| | Paul M. Bach | 1.0 | $425.00 |

| 08/21/2015 | Review of email from Rick Jameson from First Community Bank and send return email to apply funds received from Adequate Protection to escrow. | | |
| | Paul M. Bach | 0.2 | $85.00 |

| 09/01/2015 | Telephone call with Attorney Richard Polony regarding Ascent Acquisition, LLC | | |
| | Paul M. Bach | 0.4 | $170.00 |

| 09/04/2015 | Review of Rent roll information to be provided to First Community Bank. | | |
| | Paul M. Bach | 0.8 | $340.00 |

| 09/21/2015 | Telephone meeting with client and First Community Bank (1.0) and discuss with client after meeting (0.3). | | |
| | Paul M. Bach | 1.3 | $552.50 |

| 09/25/2015 | Telephone meeting with client and First Community Bank (0.5) and discuss with client after meeting (0.2). | | |
| | Paul M. Bach | 1.3 | $297.50 |

| 10/02/2015 | Telephone meeting with client and First Community Bank (0.5) and discuss with client after meeting (0.5). | | |
| | Paul M. Bach | 1.3 | $425.00 |

| 10/14/2015 | Review of draft of agreement by First Community Bank. | | |
| | Paul M. Bach | 0.8 | $340.00 |

| 10/30/2015 | Telephone meeting with client and First Community Bank (0.7) and discuss with client after meeting (0.3). | | |
| | Paul M. Bach | 1.3 | $425.00 |

| 11/15/2015 | Make changes to bank proposed document. | | |
| | Paul M. Bach | 1.5 | $637.50 |
| 11/16/2015 | Review of items of client to proposed changes to agreement and make changes required. | | |
| | Paul M. Bach | 0.3 | $127.50 |

| 11/17/2015 | Telephone meeting with client and First Community Bank (1.0) and discuss with client after meeting (0.3). | | |
| | Paul M. Bach | 1.3 | $552.50 |

| 11/18/2015 | Review of changes made to agreement by First Community Bank. | | |
| | Paul M. Bach | 0.5 | $212.50 |

| 11/20/2015 | Telephone meeting with client and First Community Bank (0.5) and discuss with client after meeting (0.3). | | |
| | Paul M. Bach | 0.8 | $340.00 |
| | | | |
| 11/20/2015 | Review of Final changes to Bank Agreement. | | |
| | Paul M. Bach | 0.6 | $255.00 |

A breakdown of the professionals providing Services in this category is as follows:

| Paul M. Bach | 20.4 | $425.00 | $ 8.670.00 |
| Penelope N. Bach | 0.00 | $425.00 | $ 0.00 |

## G. Plan and Disclosure Statement

During the Application Period, SLG expended 10.7 hours with a value of $4,547.50, on behalf of

the Debtor on matters relating to administration of the case. The Services in the category include,

but are not limited to: (a) Extend Exclusivity twice; (b) Review of Plan, (c) Draft of initial Plan

of Reorganization, (d) Discuss Plan with Debtor, and (e) Draft Motion to Determine Value.   The

time entries for Plan and Disclosure Statement are as follows:

| 08/26/2015 | Prepare Motion to Extend Exclusivity. | | |
| | Paul M. Bach | 1.1 | $467.50 |
| | | | |
| 09/02/2015 | Appear in Court on Motion to Extend Exclusivity; Motion is granted through December 1, 2015. | | |
| | Paul M. Bach | 1.0 | $425.00 |
| | | | |
| 11/22/2015 | Prepare Plan of Reorganization | | |
| | Paul M. Bach | 2.2 | $935.00 |
| | | | |
| 11/23/2015 | Review of eighteen appraisals | | |
| | Paul M. Bach | 1.5 | $637.50 |
| | | | |
| 11/23/2015 | Prepare Motion to Determine Value as to eighteen properties in which Ascent Acquisition has mortgages. | | |
| | Paul M. Bach | 2.8 | $1,190.00 |
| | | | |
| 11/23/ 2015 | Prepare Motion to Extend Exclusivity. | | |
| | Paul M. Bach | 1.1 | $467.50 |
| | | | |
| 12/01/2015 | Appear in Court on Motion to Extend Exclusivity and Motion to Determine Value | | |

| | | |
|---|---|---|
| Paul M. Bach | 1.0 | $425.00 |

A breakdown of the professionals providing Services in this category is as follows:

| Attorney | Hours | Hourly Rate | Amount |
|---|---|---|---|
| Paul M. Bach | 10.7 | $425.00 | $4,547.50 |
| Penelope N. Bach | 0.00 | $425.00 | $    0.00 |

### H. Costs and Expenditures

SLG seeks reimbursement of $3,312.88 as the expenses it incurred during its representation of the Debtor to date. Expenses were incurred for the following items: postage charges and copying (Motions or other large projects only). Debtor agreed to pay for these items pursuant to a written agreement with Debtor' counsel. These expenses were necessary to accomplish the proper representation of the Debtor.

| Date | Description | Quantity | Cost | Amount |
|---|---|---|---|---|
| 5/4/2015 | Filing Fee | | | $1,717.00 |
| | | | | |
| 5/5/2015 | Motion to Set Bar Date | | | |
| | Photocopying | 116 | $0.10 | $11.60 |
| | Postage | 29 | $0.47 | $13.63 |
| | | | | |
| 5/12/2015 | Motion to Use Cash Collateral - Ascent Acquisitions | | | |
| | Photocopying | 391 | $0.10 | $39.10 |
| | Postage | 29 | $0.87 | $25.23 |
| | | | | |
| 5/12/2015 | Motion to Use Cash Collateral - Accent Funding | | | |
| | Photocopying | 592 | $0.10 | $59.20 |
| | Postage | 74 | $0.49 | $36.26 |
| | | | Canada | $1.15 |
| | | | Mexico | $1.15 |
| | | | Certified | |
| | | | Mail | $6.74 |
| | | | | |
| 5/19/2015 | Motion to Extend Deadlines to File Schedules | | | |
| | Photocopying | 841 | $0.10 | $84.10 |
| | Postage | 74 | $0.47 | $34.78 |

| 5/19/2015 | Motion to Employ | | | |
|---|---|---|---|---|
| | Photocopying | 1776 | $0.10 | $177.60 |
| | Postage | 74 | $0.67 | $49.58 |
| | | | | |
| 5/29/2015 | Motion to Sell Memorial | | | |
| | Photocopying | 666 | $0.10 | $66.60 |
| | Postage | 74 | $0.47 | $34.78 |
| | | | | |
| 6/24/2015 | Motion to Use Cash Collateral - First Community Bank | | | |
| | Photocopying | 2368 | $0.10 | $236.80 |
| | Postage | 74 | $0.70 | $51.80 |
| | | Canada | | $1.50 |
| | | Mexico | | $1.70 |
| | | Certified Mail | | $6.95 |
| | | | | |
| 6/26/2015 | Motion to Sell 168th Street | | | |
| | Photocopying | 2368 | $0.10 | $236.80 |
| | Postage | 75 | $0.70 | $52.50 |
| | | | | |
| 8/4/2015 | Motion to Sell Vine Avenue | | | |
| | Photocopying | 1950 | $0.10 | $195.00 |
| | Postage | 74 | $0.70 | $51.80 |
| | | | | |
| 11/24/2015 | Motion to Extend Exclusivity | | | |
| | Photocopying | 189 | $0.10 | $18.90 |
| | Postage | 29 | $0.47 | $13.63 |
| | | | | |
| 12/1/2015 | Application for Compensation | | | |
| | Photocopying | 667 | $0.10 | $66.70 |
| | Postage | 29 | $0.70 | $20.30 |

Total Costs and Expenses                    $3,312.88

## V. Certification

SLG certifies that it served a copy of the chronological itemization of services provided to the Debtor.  To date, Debtor has not objected to the fees incurred.

VI Section 330(a) of the Bankruptcy Code

Section 330(a) of the Bankruptcy Code provides:

(a) After notice to any parties in interest and to the United States Trustee and hearing, and subject to sections 326, 328, and 329 of this title, the court may award to a trustee, to an examiner, to a professional person employed under section 327 or 1003 of this title, or to the Debtor' attorney –

   (1) Reasonable compensation for actual, necessary services rendered by such trustee, examiner, professional person, or attorney, as the case may be, and by any paraprofessional persons employed by such trustee, professional person or attorney, as the case may be based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under this title; and

   (2) Reimbursement for actual, necessary expenses.

The Bankruptcy Court has independent authority and responsibility to determine the reasonableness of all fee requests, whether or not objections are filed. In re Spanjer Brothers, Inc., 203 B.R. 85 (Bkrtcy. N.D.Ill. 1996); In re Pettibone Corporation, 74 B.R. 293 (Bkrtcy.N.D.Ill 1987). The burden of proof is on the applicant to show that the fees incurred were actual and necessary. In re Spanjer Brothers, Inc., 203 B.R. 85, 89 (Bkrcy.N.D.1996); In Re Chicago Lutheran Hospital Association, 89 B.R. 719 (Bkrtcy.N.D.Ill.1988); In re Pettibone Corporation, 74 B.R. 293 (Bkrtcy.N.D.1987).

The representation of the Debtor adequately corresponds with the time and labor expended by SLG. The various issues involved required experienced bankruptcy counsel. Due to the substantial time expended on behalf of the Debtor, SLG was precluded from accepting cases requiring extensive representation during the initial phase of the case. SLG was able to accomplish a great deal directed towards aiding the Debtor in its streamlining efforts and the preparation of an plan supported by a detailed disclosure statement. The amounts are fair and reasonable. This court has reviewed and ruled upon numerous fee applications and is in a position to determine that the rates herein are reasonable.

## VI.  Reducing 21 Notice Period

This Motion is notice upon 14 days notice to all parties.  The Debtor asks that the 21 day notice period required by Federal Rule of Bankruptcy Procedure 2002 be reduced to 14 days based on the fact that this Court is not sitting for the two weeks following this Motion being noticed.

## VII.  Conclusion

WHEREFORE Sulaiman Law Group, LTD requests that this court enter an Order:

A.      Determining that the legal services and fees incurred were necessary and reasonable;

B.      Allowing interim compensation in the amount of $37,910.00 to be allowed and paid;

C.      Allowing reimbursement of expenses in the amount of $3,312.88 to be allowed and paid;

D.      Permitting SLG to apply the retainer in hand in the amount of $26,175.00

E.      Reducing the Notice required for this Motion to 14 days; and

F.      Granting such other and further relief as the court may deem just and proper.

Respectively Submitted,
ARS CAPITAL INVESTMENTS, LLC

By: /s/ Paul M. Bach

Paul M. Bach, Esq., Of Counsel
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
Phone:  (630) 575-8181
Email:  paul.bach@Sulaimanlaw.com