UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )   BK No.: 15-15823
ARS CAPITAL INVESTMENTS, LLC )
)
) Chapter: 11
) Honorable Pamela S. Hollis
)
)
Debtor(s) )

## FIRST ORDER ALLOWING INTERIM COMPENSATION FOR REPRESENTATION OF CHAPTER 11 DEBTOR

On the application of Debtor's counsel for compensation for representing the Debtor in this case, the Court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. §330(a), as follows:

| | |
|---|---|
| Total Fees and Reimbursement: | $ 41,222.88 |
| Legal Service through December 15, 2015: | $ 37,910.00 |
| Reimbursable expenses through December 15, 2015: | $ 3,312.88 |
| Retainer: | $ 26,175.00 |
| Balance Due as of December 15, 2015: | $ 15,047.88 |

Notice for this Motion is reduced to 14 days.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: December 15, 2015

**Prepared by:**

Paul M Bach, Esq., Of Counsel
Penelope N. Bach, Of Counsel
Sulaiman Law Group, Ltd.
900 Jorie Boulevard Suite 150
Oak Brook, Illinois 60523